**Order filed January 10, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00909-CV**

_____

**DELORES BROWN, Appellant**

**V.**

**BANK OF AMERICA, N.A. AND HARRIS COUNTY, Appellees**

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-30587**

## O R D E R

The notice of appeal in this case was filed December 7, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5.

Accordingly, appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court within ten (10) days of the date of this order. If

appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel Consists of Justices Zimmerer, Spain, and Hassan.